FILED & JUDGMENT ENTERED
Steven T. Salata

November 16 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-50696 |
| DIGNITY RESIDENTIAL LLC, ) | Chapter 11 |
| ) | Judge: Laura T. Beyer |
| Debtor. ) | |
| ) | |

_____

### *EX PARTE* ORDER SHORTENING NOTICE AND FOR EXPEDITED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE FOR DISMISSAL OF THE CASE FOR LACK OF GOOD FAITH
**(Summary Ejectment 127 South Longfellow Lane, Mooresville, NC 28117)**
_____

THIS MATTER came on for consideration before the Honorable Laura T. Beyer, United States Bankruptcy Judge for the Western District of North Carolina, upon the *Ex Parte* Motion for Order Shortening Notice and for Expedited Hearing on Motion for Relief from the Automatic Stay, or in the Alternative for Dismissal of the Case for Lack of Good Faith ("Motion") filed by the Salices, and after consideration of the Motion and for good cause shown, it is

ORDERED as follows:

1.    The time period pursuant to the Federal Rules of Bankruptcy Procedure, Local Rules or other rule for notice of hearing is hereby shortened;

2.    The hearing on the Motion shall be conducted on November 29, 2017 at 9:30 a.m. at the U.S. Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina;

3.    A copy of this entered Order shall be served by electronic mail on counsel for the Debtor, and Bankruptcy Administrator, and through the Court's CMECF System.

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order.                        United States Bankruptcy Court